Form 3

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ASOCIACIÒN DE COOPERATIVAS ARGENTINAS C.L.,<br><br>                             **Plaintiff,**<br><br>  v.<br><br>UNITED STATES,<br><br>                             **Defendant.** | **S U M M O N S**<br><br>**Court No. 25-00086** |

**TO:**    The Attorney General and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



                                      **/s/ Mario Toscano**
                                      Clerk of the Court

1. The plaintiff is Asociación de Cooperativas Argentinas C.L. ("ACA"). Plaintiff ACA is an Argentinian producer of subject merchandise and participated in the Department of Commerce's administrative review that resulted in the contested finding. Plaintiff therefore is a party to the proceeding and is entitled to commence this civil action pursuant to 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a(a)(2)(B)(iii).

2. Plaintiff contests the Final Results in the first administrative review of the antidumping order in Raw Honey from Argentina (case no. A-357-823) by the International Trade Administration, Department of Commerce.

3. The underlying administrative determination was issued on April 9, 2025.

4. The Final Results were published in the Federal Register on April 14, 2025 (90 Fed. Reg. 15549).

     /s/ Gregory J. Spak
Gregory J. Spak
Ron Kendler
Colin Alejandro Dilley

WHITE AND CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

Date: May 14, 2025

## SERVICE OF SUMMONS BY THE CLERK

### ASOCIACIÓN DE COOPERATIVAS ARGENTINAS C.L.  v. UNITED STATES
### CIT Court No. 25-00086

Pursuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, for which the filing of a summons only is required for commencement of the action. In accordance with CIT Rule 4(a)(1) and (4), the Clerk of the Court is requested to serve the summons on each of the following named defendants:

### UPON THE UNITED STATES:

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

### UPON THE DEPARTMENT OF COMMERCE:

John K. Guenther
Acting General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC 20230

Robert Heilferty
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

<u>NOTICE TO INTERESTED PARTIES</u>

ASOCIACIÓN DE COOPERATIVAS ARGENTINAS C.L. v. UNITED STATES
CIT Court No. 25-00086

  I, Gregory J. Spak of the law firm White & Case LLP, hereby certify that on or promptly after May 14, 2025, pursuant to CIT Rule 3(f), I notified all interested parties who were a party to the proceeding below, by mailing copies of the foregoing Summons, Form 5, Form 13, and Form 17, by certified mail, return receipt requested:

**<u>ON BEHALF OF NEXCO S.A.</u>**
Julie C. Mendoza, Esq.
Representative of NEXCO S.A.
Morris, Manning & Martin, LLP
1333 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036

**<u>ON BEHALF OF AMERICAN HONEY PRODUCERS ASSOCIATION, AND SIOUX HONEY ASSOCIATION</u>**
Matthew Pereira, Esq.
Kelley Drye & Warren LLP
3050 K St NW, #400
Washington, DC 20007

**<u>ON BEHALF OF EXPORT PACKERS CO., LTD.</u>**
Nithya Nagarajan, Esq.
Husch Blackwell LLP
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20006

**<u>ON BEHALF OF PATAGONIK FOOD S.A.; AZUL AGRONEGOCIOS S.A.; VILLAMORA S.A.; INDUSTRIAL HAEDO S.A., COMPAIA APICOLA ARGENTINA S.A.; COMPANIA APICOLA ARGENTINA S.A.; D'AMBROS MARIA DE LOS ANGELES D'AMBROS MARIA DANIELA SH; D'AMBROS MARIA DE LOS ANGELES D'AMBROS MARIA DANIELA SRL</u>**
Mark D. Davis, Esq.
Davis & Leiman P.C.
1025 Connecticut Ave., NW
Washington, DC 20036

**ON BEHALF OF THE EMBASSY OF ARGENTINA**
Julia Geraldine Hoppstock
Embassy of Argentina
1600 New Hampshire Avenue
Washington DC, 20009

                                                 /s/ Gregory J. Spak
                                                  Gregory J. Spak

## CERTIFICATE OF SERVICE

       I, Gregory J. Spak, of the law firm White & Case LLP, hereby certify that on or promptly after May 14, 2025, copies of the foregoing Summons, Form 5, Form 13, and Form 17, were delivered to the following parties by certified mail, return receipt requested:

**UPON THE UNITED STATES:**

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**

John K. Guenther
Acting General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC 20230

Robert Heilferty
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

                                                /s/ Gregory J. Spak
                                                  Gregory J. Spak