UNITED STATES COURT OF INTERNATIONAL TRADE             FORM 7A

| | |
|---|---|
| ASOCIACIÓN DE COOPERATIVAS ARGENTINAS C.L., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 25-00086 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: May 20, 2025

Gregory J. Spak
Attorney for Plaintiff

701 Thirteenth Street NW
Street Address

Washington, DC, 20005
City, State and Zip Code

202-626-3600
Telephone No.

## Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: May 21, 2025                Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk